*filed 9:57a*

| Superior Court of Washington<br>For Spokane County | |
|---|---|
| ALAA ELKHARWILY AND WALL STREET APARTMENTS, LLC<br><br>PETITIONERS,<br><br>v.<br><br>CITY OF SPOKANE<br><br>RESPONDENTS | Case No. 24-2-04711-32<br><br>NOTICE OF FILING NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT<br><br>**CLERK'S ACTION REQUIRED** |

TO: THE COURT CLERK:

Please take notice that, on April 4, 2025,, Petitioner Alaa Elkharwily filed a Notice of Removal as authorized by 28 U.S.C. §§ 1442, 1443 , thereby removing this matter from the Spokane County Superior Court to the United States District Court for the Eastern District of Washington at Spokane. A true and correct copy of that Notice of Removal is attached as Exhibit A.

Please take further notice that, upon the date of filing of the Petition of Removal with the Clerk of the United States District Court for the Eastern District of Washington, and the filing of the foregoing notice, Defendants have effected removal and this Superior Court shall proceed no further unless and until this case is remanded under 28 U.S.C. § 1446(d).

Dated : April 4, 2025

*sAlaa Elkharwily*
Alaa Elkharwily, MD
Petitioner , pro se
WA mailing address for service
726 W 6th Ave # 303
Spokane, WA 99204
nisula12@yahoo.com
elkharwily.alaa@gmail.com

DECLARATION OF SERVICE

I hereby declare that on the date set forth below, the foregoing document was filed with the Clerk of the Court and a served a true and correct copy of the foregoing was served on the parties listed below in the manners indicated:

James B. King
818 W. Riverside Ave., Suite 250
Spokane, Washington 99201-0910
JKing@ecl-law.com ( via email) in addition to ECF and personal delivery)

Respectfully submitted this April 4. 2025,

S/ *Alaa Elkharwily*
Alaa Elkharwily, MD
 Petitioner/ Defendant to City of
Spokane proceedings and order
Appellant, pro se
Service : Mailing Address in WA
726 W 6th Ave # 303
Spokane, WA 99204.

**EXHIBIT A – Notice of Removal**